**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-226 (3) (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| KAREN MARIE DAVEY, | |
| Defendant. | |

_____

Christian Wilton, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Robert Richman, 107 U. S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415; Catherine Turner, **ATTORNEY AT LAW**, Post Office Box 19607, Minneapolis, MN 55419, for defendant.

This matter is before the Court on the defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 105] is **GRANTED**.

DATED: August 27, 2010
at Minneapolis, Minnesota

                                                  _____ s/ John R. Tunheim _____
                                                         JOHN R. TUNHEIM
                                                    United States District Judge